# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2029

_____

Harol R. Beisel

*Plaintiff - Appellant*

v.

Wells Fargo Bank, N.A.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: October 5, 2012
Filed: October 11, 2012

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Harol Beisel appeals the district court's[1] dismissal of his civil complaint. Upon our careful de novo review, see McAdams v. McCord, 584 F.3d 1111, 1113 (8th Cir.

---

[1]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2009) (standard of review), we find no basis for reversal.  Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____